Lojo Realty Company, Inc., Respondent, *v.* Estate of Isaac G. Johnson, Incorporated, Appellant.

(Argued March 6, 1935; decided March 20, 1935.)

*John Jay McKelvey* for appellant.

*Charles Hollender* and *John H. Unlandherm* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN JJ. Not sitting: FINCH, J.